IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-277-BO

| | |
|---|---|
| DARRYL EUGENE COULTER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE ESTATE OF EDWARD W. GRANNIS, JR., *et al.*, | ) |
| | ) |
| Defendants. | ) |

This cause comes before the Court on two motions to stay. [DE 63; 67]. Defendants Grannis and Russ have moved to stay the discovery deadlines pending a ruling on their renewed motion to dismiss. Plaintiff opposes this motion. Plaintiff has moved to extend the mediation deadline until April 7, 2017. Defendants do not oppose this motion.

For good cause shown, both motions are GRANTED. Discovery as to defendants Grannis and Russ only is hereby STAYED pending resolution of their motion to dismiss. The mediation deadline for all parties is hereby EXTENDED to thirty days from the date of entry of the Court's order on the pending motion to dismiss.

SO ORDERED, this **16** day of February, 2017.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE